[No. 33308-9-I.     Division One.    May 8, 1995.]

WEYERHAEUSER COMPANY, *Respondent*, v. SAM C. DELLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-03439-3, Marilyn R. Sellers, J., entered August 5, 1993. *Reversed* and *remanded* by unpublished opinion per Baker, C.J., concurred in by Agid and Becker, JJ.

[No. 33804-8-I.     Division One.    May 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL WILLIAM KLUSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04504-1, Jim Bates, J., entered December 10, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Cox, J.

[No. 35089-7-I.     Division One.    May 8, 1995.]

LAWRENCE A. BARNES, *Appellant*, v. JOHN O. MCLENDON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-02160-5, Richard W. Miller, J., entered April 14, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Agid, J.